# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00413-CR

### Hector Vega-Gonzalez, Appellant

### v.

### The State of Texas, Appellee

### FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-16-904055, THE HONORABLE KAREN SAGE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due November 7, 2019. On counsel's motion, the time for filing was extended to January 13, 2020. Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than March 13, 2020. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on March 5, 2020.

Before Chief Justice Rose, Justices Baker and Triana

Do Not Publish